UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                        20 CR 601-7 (PKC)

       -against-                                                    ORDER

MICHAEL ASHLEY,

                   Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The Court is advised that the Clerk of Court has received a sum of money initially paid in the Western District of New York as part of a bail package for defendant Michael Ashley. The Clerk is directed to deposit the sum of money into the Court's registry. Counsel for Mr. Ashley may make an application to the Court, on notice to the government, for return of the funds to the rightful owner.

       SO ORDERED.

                                                            P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
       April 14, 2022