**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

> Sentencing is adjourned from October 13, 2022 to November 9, 2022 at 12:00 p.m. in Courtroom 11D.
> SO ORDERED,
> Dated: 9/29/2022
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

September 28 2022

*Via ECF*

Hon. P. Kevin Castel, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    USA v. Fernando Ra, *et. al.* **(Michael Ashley)**
               20-Cr-601 (PKC)

Dear Judge Castel:

    I represent Mr. Michael Ashley in the above matter. Mr. Ashley is scheduled to be sentenced on October 13, 2022. He is at liberty on bail.

    I am still in the process of gathering material from friends and family for inclusion in my pre-sentence memorandum. Accordingly, I am respectfully requesting a brief adjournment, to early November, for Mr. Ashley's sentencing. With regard to scheduling, I am available at any time the first two weeks of November. The Government consents to this request.

    Thank you for your consideration in this matter.

                                 Very truly yours,

                                 David K. Bertan

cc: AUSA Rushmi Bhaskaran (via ECF)