# DAVID K. BERTAN
**ATTORNEY AT LAW**
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

November 1, 2022

*Via ECF*

Hon. P. Kevin Castel, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    USA v. Fernando Ra, *et. al.* **(Michael Ashley)**
             20-Cr-601 (PKC)

Dear Judge Castel:

    I represent Mr. Michael Ashley in the above matter. Mr. Ashley is scheduled to be sentenced on November 9, 2022. He is at liberty on bail.

    I am awaiting several letters from employers and friends for submission on Mr. Ashley's behalf. Accordingly, I am respectfully requesting a brief adjournment, to late November, at the Court's convenience, for Mr. Ashley's sentencing. The Government consents to this request and is available the week of Thanksgiving; if not, the Government and I will be available January 17-26, 2023 (I will be on trial commencing January 30, 2023).

    Thank you for your consideration in this matter.

                                              Very truly yours,

                                              David K. Bertan

cc: AUSA Rushmi Bhaskaran (via ECF)

Sentencing is adjourned from November 9, 2022 to January 19, 2023 at 2:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 11/1/2022

                              P. Kevin Castel
                          United States District Judge