# DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

November 9, 2022

Application Granted.

So Ordered: /s/ P. Kevin Castel
Hon. P. Kevin Castel, U.S.D.J.
11-9-22

*Via ECF*

Hon. P. Kevin Castel, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: USA v. Fernando Ra, *et. al.* (Michael Ashley)
20-Cr-601 (PKC)

Dear Judge Castel:

I represent Mr. Michael Ashley in the above matter. Mr. Ashley is scheduled to be sentenced on January 19, 2023. He is at liberty on bail.

I am respectfully requesting a modification of Mr. Ashley's bail conditions. His bail conditions, set on April 23, 2021, are as follows: $50,000 personal recognizance bond signed by 2 financially responsible persons; travel restricted to the Southern and Western Districts of New York; surrender of travel documents; home detention monitored by Smart Link; and supervision as directed by Pre-Trial Services. At this point, Mr. Ashley has been fully compliant with all directives from Pre-Trial.

By this letter, Mr. Ashley seeks to have the home detention/Smart Link monitoring requirements removed from his bail conditions. He has been diligent about employment, and those monitoring requirements have interfered with his work. Pre-Trial (both WDNY and SDNY) and the Government have no objection to this request. Accordingly, we are respectfully requesting that those requirements be removed from Mr. Ashley's bail conditions. Thank you for your consideration in this matter.

Very truly yours,

David K. Bertan

cc: AUSA Rushmi Bhaskaran (via ECF)